[350 N.C. 84 (1999)]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STATE FARM FIRE AND CASUALTY COMPANY, STATE FARM GENERAL INSURANCE COMPANY v. JAMES E. LONG, COMMISSIONER OF INSURANCE OF THE STATE OF NORTH CAROLINA, AND MURIEL K. OFFERMAN, SECRETARY, NORTH CAROLINA DEPARTMENT OF REVENUE

No. 192A98

(Filed 4 March 1999)

Appeal by plaintiffs pursuant to N.C.G.S. § 7A-30(1) and N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 129 N.C. App. 164, 497 S.E.2d 451 (1998), affirming summary judgment for defendants entered 17 April 1997 by Cashwell, J., in Superior Court, Wake County. Heard in the Supreme Court 12 February 1999.

*Young Moore and Henderson P.A., by William M. Trott and Dawn M. Dillon; and Walter Hellerstein, pro hac vice, for plaintiff-appellants.*

*Michael F. Easley, Attorney General, by Sue Y. Little, Assistant Attorney General, and George W. Boylan, Special Deputy Attorney General, for defendant-appellees.*

PER CURIAM.

AFFIRMED.